# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-CR-20073-TLP-2 |
| ) | |
| JOSHUA M. ROGERS, ) | |
| ) | |
| Defendant. ) | |

## POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, Karen Hartridge, Assistant United States Attorney, and Tenette Smith and Sarah Armstrong, Trial Attorneys for the Department of Justice, Civil Rights Division, notify the Court of the position of the United States in accordance with § 6A1.2 of the United States Sentencing Guidelines.

1. The attorneys for the United States received and reviewed the Pre-sentence Investigation Report (PSR) prepared in this matter on July 1, 2025, and revised on December 9, 2025.

2. The United States has no objection to the facts or guideline calculations contained in the PSR prepared on July 1, 2025, and revised on December 9, 2025. The PSR accurately calculates the total offense level as 27 and the criminal history category as I, resulting in a guideline range of 70-87 months.

3. The United States submits that a sentence of 70 months adequately addresses the sentencing factors of 18 U.S.C. § 3553.

        Respectfully submitted,

        D. MICHAEL DUNAVANT
        UNITED STATES ATTORNEY

        KAREN E. HARTRIDGE
        Assistant United States Attorney
        167 N. Main, Suite 800
        Memphis, TN 38103

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division
        U.S. Department of Justice

By:   /s/ Tenette Smith
        TENETTE SMITH
        SARAH ARMSTRONG
        Trial Attorneys
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        (202) 532-3788

CERTIFICATE OF SERVICE

    I, Tenette Smith, hereby certify that a copy of the foregoing Position of the United States with Respect to Sentencing has been filed via the District Court's electronic case filing system.

    This eleventh day of December 2025.

    /s/ Tenette Smith
    Tenette Smith
    Trial Attorney